(November 17, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMOS WHITTED, Petitioner, v E. W. JONES, as Superintendent of Great Meadow Correctional Facility, et al., Respondents.—

Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.